| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer; Erica MacDonald; and John Doe,

        Defendants.

Court File No.

**NOTICE OF FILING OF A NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT**

    PLEASE TAKE NOTICE that on October 13, 2020, the United States of America on behalf of Defendants David MacLaughlin, Benjamin Langer, and Erica MacDonald, filed with the Court Administrator of the United States District Court for the District of Minnesota, a Notice of Removal of the above-captioned action to the United States District Court. A copy of the Notice of Removal is attached hereto.

    With this filing, this action now stands removed from the District Court, Fourth Judicial District for Hennepin County, Minnesota, to the United States District Court for the District of Minnesota. Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of

Removal is hereby filed with the Clerk of the District Court/Court Administrator, Fourth Judicial District of Hennepin County, Minnesota.

                                        Respectfully submitted,

Date: October 13, 2020                *s/ Roylene A. Champeaux*

                                        BY: ROYLENE A. CHAMPEAUX
                                        Assistant United States Attorney
                                        Attorney ID Number 154805
                                        Email: Roylene.Champeaux@usdoj.gov
                                        600 U.S. Courthouse
                                        300 South Fourth Street
                                        Minneapolis, MN 55415
                                        (612) 664-5685

                                        Attorneys for the Defendant
                                        United States of America