UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer;
Erica MacDonald; and John Doe

        Defendants.

**CERTIFICATE OF SERIVCE BY MAIL**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on October 13, 2020, I caused a copy of the foregoing documents:

NOTICE OF REMOVAL OF A CIVIL ACION TO FEDERAL COURT
and CERTIFICATE OF SERVICE BY MAIL

to be mailed by first class mail, postage paid, to the following persons hereinafter named, at the places and addresses stated below, which are the last known addresses.

Addressees:

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

                              *s/ Roylene A. Champeaux*
                              Roylene A. Champeaux
                              Assistant U.S. Attorney