UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-cv-02156 (SRN/LIB)

Paul Hansmeier,

        Plaintiff,                                      **PROPOSED ORDER**

   v.

David MacLaughlin, Benjamin Langer, Erica
MacDonald, John Doe

        Defendants.

Before the Court is Defendants' Request for Extension of Time to file an answer or

otherwise respond to the Complaint.   Doc. 3.   No hearing being necessary and for good

cause shown,

**IT IS HEREBY ORDERED** that Defendants shall have up to and including

November 24, 2020, to file an answer or otherwise respond to the Complaint.


Dated:                                           _____
                                                 LEO I. BRISBOIS
                                                 United States Magistrate Judge