UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-cv-02156 (SRN/LIB)

Paul Hansmeier,

        Plaintiff,

v.

David MacLaughlin; Benjamin Langer;
Erica MacDonald; and John Doe

        Defendants.

**CERTIFICATE OF SERIVCE BY MAIL**

I hereby certify that on October 15, 2020, I caused the following documents:

REQUEST FOR EXTENSION OF TIME TO ANSWER OR RESPOND; PROPOSED ORDER; AND CERTIFICATE OF SERVICE

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:
Addressees:

Paul Hansmeier
20953-041 Unit K3
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

        *s/ Roylene A. Champeaux*
        Roylene A. Champeaux
        Assistant U.S. Attorney