UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
No. 20-cv-2156 (SRN/LIB)

Paul Hansmeier,

        Plaintiff,

   v.

David MacLaughlin, Benjamin Langer, Erica MacDonald, John Doe

        Defendants.

**ORDER**

On October 15, 2020, the Defendants filed a Request for Extension of Time to Answer or Otherwise Respond [Docket No. 3]. Based upon review of the files and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Defendants' Request for Extension of Time to Answer or Otherwise Respond [Docket No. 3] is APPROVED; and

2. The Defendants shall have up to and including November 24, 2020, to answer or otherwise respond to the Complaint.

DATED: October 16, 2020

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE