COMMITTED NAME: Paul Hansmeier
REG. NO. & QTRS: 20953-041 Unit K3
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072

SAINT PAUL MN 550
19 OCT 2020 PM 3 L

RECEIVED
BY MAIL
OCT 21 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of Court - Civil
U.S. Courthouse
300 South 4th St.
Minneapolis, MN 55415

55415-225799

SCANNED
OCT 21 2020
U.S. DISTRICT COURT MPLS